# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOSEPH STRAUB | |
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE | |
| Movant | CASE NO: 5-20-00902-RNO |
| vs. | |
| JOSEPH STRAUB | MOTION TO DISMISS |
| Respondent(s) | |

## ORDER

Upon consideration of the Trustee's Motion to Dismiss Case for Failure to File Documents (Plan, 122C-1, and 122C-2), after hearing held on May 6, 2020, it is

ORDERED that the Motion is GRANTED and the above-captioned bankruptcy is DISMISSED.

Dated: May 6, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge  BI