# Notice Recipients

District/Off: 0314–5     User: AutoDocketer     Date Created: 5/6/2020
Case: 5:20–bk–00902–RNO     Form ID: pdf010     Total: 6

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion03.ha.ecf@usdoj.gov
tr     Charles J DeHart, III (Trustee)     dehartstaff@pamd13trustee.com

                                                                          TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Joseph Straub     1971 Becks Crossing Rd     Madison Twp, PA 18444–7529
pp     Wesley Cintron     My Document Prep     103B Broadway 204     Kissimmee, FL 34741
5310507     Ditech Financial LLC     PO Box 7153     Pasadena, CA 91109–7153
5325253     JPMorgan Chase Bank, N.A.     s/b/m/t Chase Bank USA, N.A.     c/o Robertson, Anschutz & Schneid, P.L.     6409 Congress Avenue, Suite 100     Boca Raton, FL 33487

                                                                          TOTAL: 4